```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO ANTOLINI,

                Plaintiff,

      - against -

RAMON NIEVES, et al.,

                Defendants.
------------------------------------------------------------X

19 Civ. 07645 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the Court's Discovery Hearing held on June 3, 2020, Defendant Sonny Lou Inc. ("Tenant") shall produce all responsive, non-privileged financial documents in its possession, custody, or control by June 10, 2020; except that Tenant shall produce cash receipts by June 28, 2020.  All other Defendants shall produce all responsive, non-privileged financial documents in their possession, custody, or control by June 28, 2020.  The temporal scope of the documents to be produced shall be the past three years.  No individual Defendant shall have to produce any information about personal property taxes,

      Plaintiff shall answer Defendants' interrogatories, and Defendants shall answer Plaintiff's interrogatories, by July 3, 2020.  All responses to interrogatories shall be signed and verified.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  June 3, 2020
        New York, New York

Copies transmitted to all counsel of record.