```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DINO ANTOLINI,                                               :
                                                             :
                              Plaintiff,                     :
                                                             :
              - against -                                    :
                                                             :
RAMON NIEVES, et al.,                                        :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2020
```

19 Civ. 07645 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This resolves Defendant's application regarding production of cash receipts. (Dkt. 41.) Due to undue burden, and taking into account all proportionality factors, Defendant is relieved of the obligation to produce cash receipts. Plaintiff may, however, inspect the cash receipts at a date, time, and place agreed upon by the parties.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      July 14, 2020
            New York, New York

Copies transmitted to all counsel of record.