```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DINO ANTOLINI,                                              :
                                                            :
                        Plaintiff,                          :
                                                            :      19-CV-7645 (VSB) (RWL)
            - against -                                     :
                                                            :            ORDER
                                                            :
RAMON NIEVES, et al.,                                       :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2020

VERNON S. BRODERICK, United States District Judge:

The parties are directed to meet and confer and file a joint status update no later than August 10, 2020, apprising the Court of the status of this case and proposing dates for a post-discovery conference.

SO ORDERED.

Dated: August 3, 2020
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge