USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO ANTOLINI,                                           :       19-cv-7645 (VSB) (RWL)
                                                         :
                    Plaintiff,       :       **ORDER**
                                                         :
      - against -                                 :
                                                         :
RAMON NIEVES, et al.,                                    :
                                                         :
                  Defendants.       :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    A telephonic conference in this matter is hereby set for **August 20, 2020 at 2:30 p.m.**  The parties are directed to call (888) 398-2342 and enter access code 9543348 at that time.  The parties are further directed to review and adhere to Judge Lehrburger's individual rules and practices.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated:      August 6, 2020
             New York, New York

Copies transmitted to all counsel of record.