STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

October 6th, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020
```

Magistrate Robert W. Lehrburger
Southern District of New York
500 Pearl Street- Courtroom 18D
New York, New York 10007

Re: Antolini vs Ramon Nieves, et al
Case No.: 1:19-cv-07645-VSB

Dear Judge Lehrburger,

I represent Plaintiff in this matter and pursuant to your Individual Practices in Civil Cases § III Motions A. and Local Rule 37.2, we file to compel defendants to produce outstanding discovery that incredibly, after a year still remains due and owing. I have attempted numerous times to schedule a meet and confer but am met with absurd responses to date. I will not regale you with the emails back and forth but will do so if asked. My sole purpose is to prosecute this case without all the prevailing unnecessary static.

To remind your Honor, the above-referenced matter concerns alleged violations of The Americans with Disabilities Act of 1990 brought by plaintiff Dino Antolini against defendants in regard to alleged deprivation of rights in access to a place of public accommodation.

I thank the Court in advance for your time.

Request denied without prejudice for reasons as substantially set forth in Dkt. 61.
SO ORDERED:

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

Stuart H. Finkelstein, Esq.

SHF/tc
To all counsel via ECF