```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
DINO ANTOLINI,                                         :
:
                Plaintiff,                :
:  19-cv-7645 (VSB)
    -against-                                        :
:  **ORDER**
RAMON NIEVES, et al.,                                  :
:
                Defendants.               :
:
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of Defendants' letter filing in the above-captioned case on October 16, 2020. (Doc. 63.) Defendants represent that they tried to contact Plaintiff on multiple occasions for purposes of submitting a joint letter, but did not receive a response. Accordingly, it is hereby:

    ORDERED that Plaintiff submit a letter to the Court by no later than Friday, October 23 that describes his positions on the issues Defendants raised, as well as any issues, if any, that are outstanding.

SO ORDERED.

Dated: October 20, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge