```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO ANTOLINI,                                              :
                                                            :
                        Plaintiff,                          :
                                                            :
        - against -                                         :
                                                            :
RAMON NIEVES, et al.,                                       :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/2020

19-CV-7645 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In light of circumstances reported by Plaintiff's counsel regarding the health of Plaintiff's expert (Dkt. 72), the inspection scheduled for November 12, 2020 may be adjourned. By **November 13, 2020**, Plaintiff shall provide to Defendants in writing three different dates (and specific times) when Plaintiff's expert is available to inspect the premises. By **November 18, 2020**, Defendants shall select one of the three proposed dates/times and identify in writing to Plaintiff the date and time when the inspection will take place. The date and time identified will be the last opportunity for Plaintiff's expert to conduct an inspection, absent extraordinary circumstances.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 11, 2020
       New York, New York

Copies transmitted this date to all counsel of record.