UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DINO ANTOLINI

        Plaintiff,

    -against-

RAMON NIEVES, BARBARA NIEVES,
195 10TH AVENUE LLC, GASPARE VILLA,
ANNA DA SILVA and SONNY LOU, INC.

        Defendants.
---------------------------------------------------------------X

Docket No.: 19 CV 07645 (VSB)

**STIPULATION OF DISMISSAL**

Plaintiff DINO ANTOLINI and Defendants RAMON NIEVES, BARBARA NIEVES, 195 10TH AVENUE, LLC, GASPARE VILLA, ANNA DASILVA and SONNY LOU, INC., by and through their respective attorneys, hereby stipulate under Federal Rule of Procedure Rule 41(a)(1)(ii) that this action be dismissed against Defendant RAMON NIEVES with prejudice as to all claims and causes of action.

Dated: November 6, 2020

FINKELSTEIN LAW GROUP

_/s/ Stuart H. Finkelstein_

Stuart H. Finkelstein, Esq.
338 Jericho Turnpike
Syosset, New York 11791
Tel. (718) 261-4900
sf@finkelsteinlawgroup.com

*Attorney for Plaintiff*

FASULO BRAVERMAN & DIMAGGIO, LLP

_/s/ Samuel Braverman_

Samuel Braverman, Esq.
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213
SBraverman@FBDMLaw.com

*Attorneys for Defendants*