# STUART H. FINKELSTEIN

*Attorney at Law*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

August 23, 2022

The Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

Re: Antolini vs. Nieves, et al
Case No.: 1:19-cv-07645-VSB

Dear Judge Broderick,

To respectfully remind the Court, I represent Plaintiff Dino Antolini and write the Court in response to your Order dated August 16, 2022, at Dkt. No. 111.

The Court has Ordered that Plaintiff's Counsel indicate "whether (1) the admitted conduct of Plaintiffs counsel's conviction related to the instant matter in this action and (2) whether Plaintiff is seeking substitution of counsel and if/when a notice of appearance is expected to be filed by new counsel." *Id.*

To address each directive in turn, 1) the admitted conduct of Plaintiff's Counsel's plea does not relate to the instant matter in this action.

Further, 2) Plaintiff is not seeking substitution of counsel at this time. As of the date of the filing of this letter, Plaintiff's counsel has not been suspended or barred from practicing law.

Should the Court now, or at some point in the future, require that new counsel appear in this action, Plaintiff respectfully requests that your Honor allot an appropriate amount of time for Plaintiff to seek and retain new counsel. Plaintiff and his counsel look forward to the Court's consideration of the pending Motion for summary judgment and continued prosecution of this action to finally put an end to Defendants' discriminatory practices.

Plaintiff and his Counsel thank the Court for the attention to the matter.

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel of record via Pacer