**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DINO ANTOLINI,

                Plaintiff,                    19 **CIVIL** 7645 (VSB)

      -against-                        **JUDGMENT**

BARBARA NIEVES, 195 10TH AVE, LLC,
GASPARE VILLA, ANNA DASILVA
and SONNY LOU, INC.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated September 13, 2022, Defendants' motion for summary judgment is GRANTED and Plaintiff's claims are dismissed in their entirety; accordingly, the case is closed.

**Dated:**  New York, New York
            September 14, 2022

                                                               **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                         **BY:**

                                                               **Deputy Clerk**