UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DINO ANTOLINI, : Civil Action No. 1:19-cv-07645
:
:
                  Plaintiff, :
:
   - against - :
:
:
BARBARA NIEVES, 195 10TH AVE, LLC, :
GASPARE VILLA, ANNA DASILVA and
SONNY LOU, INC.,
:
:
:
:
:
                  Defendants. :
-----------------------------------------------------------------------X

      Notice is hereby given that Plaintiff Dino Antolini, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order granting Defendants' Motion for Summary Judgment (Dkt. No. 114), and the Clerk's Judgment regarding the Order on Motion for Summary Judgment in favor of Barbara Nieves, 195 10th Ave, LLC, Gaspare Villa, Anna Dasilva and Sonny Lou, Inc., against Dino Antolini (Dkt. No. 115) entered in this action on the 14th day of September, 2022.

Dated: October 11, 2022                Respectfully submitted,

                                          By:   */s/ Stuart H. Finkelstein*
                                                 Stuart H. Finkelstein

                                      Stuart H. Finkelstein
                                      Finkelstein Law Group
                                      Attorney for Plaintiff
                                      338 Jericho Turnpike
                                      Syosset, New York 11791
                                      Telephone: (718) 261-4900
                                      sf@finkelsteinlawgroup.com